*George P. Nicholson, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for City of New York, appellant.

*Langdon P. Marvin* and *George W. Martin* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

---

In the Matter of the Transfer Tax upon the Estate of HENRY A. C. TAYLOR, Deceased.

HENRY R. TAYLOR et al., as Executors and Trustees et al., Appellants; STATE TAX COMMISSION, Respondent.

*Tax — assessment of transfer tax — power of appointment — executor's and broker's commissions — Federal estate tax — inchoate right of dower.*

*Matter of Taylor*, 209 App. Div. 299, affirmed.

(Argued November 24, 1924; decided December 9, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1924, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Henry A. C. Taylor, deceased. Appellants contended that the tax was erroneous in that it taxed property over which decedent had a power of appointment but which passed directly under the will of his father, Moses Taylor; that the entire gross value of certain real property was taxed without deduction of executor's and broker's commissions; that the tax failed to allow as a deduction the amount assessed and paid as Federal estate tax; that the value of the widow's inchoate right of dower in the real estate was not deducted.

*Francis Smyth* for appellants.

*A. Welles Stump* and *Charles A. Curtin* for respondent.

*Perry D. Trafford* for Alexander E. O. Munsell, *amicus curiæ.*

*Carrington G. Arnold* for Juliet M. Knowles, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, ANDREWS and LEHMAN, JJ.  Absent: CRANE, J.

---

In the Matter of the Accounting of ADA C. STURR, as
Trustee under the Will of CATHERINE WILLIAMS,
Deceased.

MORRISON TAYLOR, Individually and as Executor of
ALBERTA L. TAYLOR, Deceased, Respondent; ADA C.
STURR, Individually and as Trustee, Appellant.

*Will — trust — death of remainderman after death of testatrix but before
death of life beneficiary — when interest in estate not defeated thereby.*

*Matter of Williams (Sturr)*, 209 App. Div. 905, affirmed.

(Argued November 24, 1924; decided December 9, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 25, 1924, which modified and affirmed as modified
a decree of the Orange County Surrogate's Court settling
the accounts of Ada C. Sturr, as trustee under the will
of Catherine Williams, deceased, and directing distribu-
tion thereof.  Respondent's testatrix, Alberta L. Taylor,
before her marriage was Alberta L. Sturr and a sister of
Ada C. Sturr.  Their father, George W. Sturr, was the
life beneficiary of the trusts referred to in the fifteenth
and twenty-third numbered clauses of the will of Catherine
Williams, deceased.  Both daughters of George W. Sturr
were living at the time of the execution of the will and
at the death of Catherine Williams.  George W. Sturr
had no other children, either before or after the death
of Catherine Williams.  While Alberta L. Taylor survived
the testatrix, she failed to survive her father, the life
beneficiary of the trusts in question, and the question
was whether or not under the terms of the will her death
before that of her father operated to defeat her interest
in these trusts.

*Joseph W. Gott* for appellant.
*Elbert N. Oakes* for respondent.